Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54963.**—Maya Shanker P. Pattani *v.* United States, protest 142537–K (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54964.**—Joseph Blank et al. *v.* United States, protests 157476–K, etc. (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 54965.**—Kittay & Blitz, Inc., and H. Sussbach & Co. *v.* United States, protests 162977–K and 162767–K (New York).

Opinion by OLIVER, C. J.    In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

BEFORE THE SECOND DIVISION, DECEMBER 12, 1950

**No. 54966.**—National Jewelers Co. et al. *v.* United States, protests 118804–K, etc. (New York).

Opinion by LAWRENCE, J.    It was stipulated that the items of merchandise marked "A" or "B" on the invoices consist of watch movements similar in all